1809.

*Sunbury,*
*Thursday,*
July 13.

## BACHMAN'S Case.

A deposition taken *ex parte* under a rule of court, *after* the hour named in the rule, cannot be read in evidence.

*Semble* that it may, if the opposite party had notice, and did not attend *at* the hour named.

ON the hearing of this cause, which was an appeal by *Bachman* from the settlement of his accounts as an executor, in the Orphan's Court of *Dauphin, Fisher* offered in evidence the deposition of a witness taken *ex parte* under a rule of court. The rule authorized the taking of the deposition at a certain place on a day named, between the hours of ten and twelve; it was taken on the day and at the place pointed out, but at four o'clock P. M. It was objected to on account of this irregularity; and the court refused to hear it.

YEATES J. mentioned a case of the *Lessee of Davis.* v. *Means*, where the deposition was taken *after* the appointed time; but it was proved that the opposite party who had notice did not attend *at* the time, and the deposition was admitted in evidence.